**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CATLIN RISK SOLUTIONS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2644 |
| | § | |
| AGILITY PROJECT LOGISTICS, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The defendant, Agility Project Logistics ("APL"), has moved for summary judgment. (Docket Entry No. 11.)  After the plaintiff responded to the motion, APL asked this court to defer its ruling to allow the parties time to conduct certain discovery that the plaintiff alleges is relevant to the motion's resolution.  Rather than requiring supplemental briefing once the discovery is completed, the court concludes that judicial efficiency is best served by denying APL's motion for summary judgment at this stage and denies the motion.  Of course, the denial is without prejudice to APL's reurging its motion based on an expanded record once the parties complete the relevant discovery.

SIGNED on April 30, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge